UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>                Plaintiff,<br><br>    vs.<br><br>SPOKANE POLICE DEPARTMENT, OFFICER EKERSLEY and OFFICER ANDERSON,<br><br>                Defendants. | NO.  CV-07-252-RHW<br><br>ORDER DISMISSING ACTION |

By Order filed October 22, 2007, the Court directed Mr. Herbert to notify the Court of his prisoner status as it related to his request to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Mr. Herbert was admonished that failure to comply with the Court's directive would result in dismissal of the case for failure to prosecute.  Plaintiff did not comply and has filed nothing further in this action.

Consequently, **IT IS ORDERED** the action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41 (b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

**IT IS SO ORDERED.**  The District Court Executive is directed to

///

ORDER DISMISSING ACTION -- 1

1  enter this Order, enter judgment, forward a copy to Plaintiff at his
2  last known address and close the file
3       **DATED** this 22nd day of January 2008.
4                         *S/ Robert H. Whaley*
5                       ROBERT H. WHALEY
                 CHIEF UNITED STATES DISTRICT JUDGE
6
7
   Q:\CIVIL\2007\Herbert\7cv252rhw-1-15-dis.wpd
8

28 ORDER DISMISSING ACTION -- 2