AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Anthony G. Herbert

v.

Spokane Police Department, et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-252-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED This action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

| | |
|---|---|
| 01/22/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |